# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RUSSELL SCOTT SHICK,      : No. 39 WAP 2017

     : 

        Appellant      :

     :

        v.      :

     :

MICHAEL R. CLARK, SUPERINTENDENT, :
INDIVIDUALLY AND COLLATERALLY,      :
MELINDA L. ADAMS, DEPUTY      :
SUPERINTENDENT, INDIVIDUALLY AND :
COLLATERALLY, CARL FRANZ, DEPUTY :
SUPERINTENDENT, INDIVIDUALLY AND :
COLLATERALLY, MICHELLE THARP,      :
GRIEVANCE COORDINATOR,      :
INDIVIDUALLY AND COLLATERALLY,      :
RONI MARTUCCI, FORMER GRIEVANCE :
COORDINATOR, INDIVIDUALLY AND      :
COLLATERALLY, DIANA WOODSIDE,      :
DIRECTOR OF POLICY AND      :
LEGISLATION, INDIVIDUALLY AND      :
COLLATERALLY, CHRISTINE ZIRKLE,      :
FORMER CHCA, INDIVIDUALLY AND      :
COLLATERALLY, MICHAEL EDWARDS,      :
CHCA, INDIVIDUALLY AND      :
COLLATERALLY, VALERIE KUSIAK,      :
FORMER CHCA, INDIVIDUALLY AND      :
COLLATERALLY, LISA LINDER, R.N.S.,      :
INDIVIDUALLY AND COLLATERALLY,      :

     :

        Appellees      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of November, 2017, the Notice of Appeal is quashed.